# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**CHERYL BESSER**,

    Plaintiff,

v.

**FLAGSTAR BANK, F.S.B.**,

    Defendant.

Case No. 2:13-cv-11560-GCS-PJK

Judge Bernard A. Friedman
Magistrate Judge Paul J. Komives

_____

| | |
|---|---|
| Gary Lynch<br>Carlson Lynch LTD<br>36 N. Jefferson Street<br>P.O. Box 7635<br>New Castle, PA 16107<br>(724) 656-1555<br>glynch@carlsonlynch.com | Matthew F. Leitman (P48999)<br>Megan P. Norris (P39318)<br>Christopher M. Trebilcock (P62101)<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>840 West Long Lake Road, Suite 200<br>Troy, MI  48098-6358<br>(248) 879-2000<br>leitman@millercanfield.com<br>norris@millercanfield.com<br>*Counsel for Defendant Flagstar Bank* |
| Sunshine R. Fellows<br>Carlson Lynch LTD<br>PNC Park<br>115 Federal Street, Suite 210<br>Pittsburgh, PA 15212<br>(412) 322-9243<br>sfellows@carlsonlynch.com | |
| Daniel O. Myers (P49250)<br>Law Offices of Daniel O. Myers<br>100 Park Street<br>Traverse City, MI 49684<br>(231) 929-0500<br>dmyers@domlawoffice.com<br>*Counsel for Plaintiff Cheryl Besser* | |

_____

## **STIPULATION OF DISMISSAL**

The parties, Cheryl Besser and Flagstar Bank F.S.B., through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) and Fed. R. Civ. P. 23(e), hereby stipulate to the dismissal of this action with prejudice and without costs to either party.  No class has been certified in this action. Accordingly, class notice and Court approval of the settlement are not required under Fed R. Civ. P. 23(e).

By: */s/ Gary F. Lynch*
    Gary Lynch
    Carlson Lynch LTD
    A*ttorneys for Plaintiff*

By: */s/ Matthew Leitman*
    Matthew Leitman
    Miller, Canfield, Paddock and Stone
    *Attorney for Defendant*