UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CHERYL BESSER,

    Plaintiff,

v().    Case No. 2:13-cv-11560-GCS-PJK

FLAGSTAR BANK, F.S.B.,    Judge Bernard A. Friedman
    Magistrate Judge Paul J. Komives

    Defendant.

_____

| | |
|---|---|
| Gary Lynch | Matthew F. Leitman (P48999) |
| Carlson Lynch LTD | Megan P. Norris (P39318) |
| 36 N. Jefferson Street | Christopher M. Trebilcock (P62101) |
| P.O. Box 7635 | Miller, Canfield, Paddock and Stone, P.L.C. |
| New Castle, PA 16107 | 840 West Long Lake Road, Suite 200 |
| (724) 656-1555 | Troy, MI  48098-6358 |
| glynch@carlsonlynch.com | (248) 879-2000 |
| | leitman@millercanfield.com |
| Sunshine R. Fellows | norris@millercanfield.com |
| Carlson Lynch LTD | *Counsel for Defendant Flagstar Bank* |
| PNC Park | |
| 115 Federal Street, Suite 210 | |
| Pittsburgh, PA 15212 | |
| (412) 322-9243 | |
| sfellows@carlsonlynch.com | |

Daniel O. Myers (P49250)
Law Offices of Daniel O. Myers
100 Park Street
Traverse City, MI 49684
(231) 929-0500
dmyers@domlawoffice.com
*Counsel for Plaintiff Cheryl Besser*

_____

**<u>ORDER OF DISMISSAL</u>**

This matter having come before the Court on the Stipulation of Dismissal filed by the parties on August 30, 2013 (ECF Docket #13);

IT IS HEREBY ORDERED THAT this case be dismissed with prejudice and without costs to the parties. This Order resolves the last pending claim and closes the case.

S/ Bernard A. Friedman
Judge Bernard A. Friedman
United States District Court

Dated: October 11, 2013

21600627.1\107617-00090